UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **CYNTHIA WALLACE** | ) | CIVIL ACTION NO. |
| Plaintiff | ) | 3:11-CV-01258 (JCH) |
| | ) | |
| **v.** | ) | |
| | ) | |
| **FOCUS RECEIVABLES MANAGEMENT, LLC** | ) | |
| Defendant | ) | DECEMBER 29, 2011 |
| | ) | |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(i), the plaintiff, Cynthia Wallace, through her attorney, hereby gives notice that the claims of the above-entitled action shall be dismissed with prejudice, and without costs or attorney's fees.

      Plaintiff, Cynthia Wallace

      By /s/ Daniel S. Blinn
      Daniel S. Blinn (ct 02188)
      Consumer Law Group, LLC
      35 Cold Spring Road, Suite 512
      Rocky Hill, CT  06067
      Tel: (860) 571-0408
      Fax: (860) 571-7457
      dblinn@consumerlawgroup.com

## **CERTIFICATION**

     I hereby certify that on this 29th day of December, 2011, a copy of foregoing Notice of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                               /s/ Daniel S. Blinn
                               Daniel S. Blinn